IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORDELLRA MCCALEY**                                                    **PLAINTIFF**

**v.**                                 **No. 4:22CV72-MPM-DAS**

**SUPERINTENDENT MORRIS, ET AL.**                             **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the motion [44] by the defendant for summary judgment is **GRANTED**, and judgment is **ENTERED** for the defendant under the doctrine of qualified immunity. This case is **CLOSED**.

**SO ORDERED**, this, the 14th day of July, 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI